"O"

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: SA 09-0139 M |
| Plaintiff, | ORDER OF DETENTION |
| vs. | |
| FRANCISCO RIVERA-PADILLA, T/N Francisco Issiah Rivera-Padilla | |
| Defendant. | |

**I.**

A.   (X)   On motion of the Government in a case allegedly involving:

    1.   ( )   a crime of violence.

    2.   ( )   an offense with maximum sentence of life imprisonment or death.

    3.   (X)   a narcotics or controlled substance offense with maximum sentence of ten or more years.

    4.   ( )   any felony - where defendant convicted of two or more prior offenses described above.

    5.   ( )   any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

B.   (X)   On motion by the Government/( ) on Court's own motion, in a case allegedly involving:

       (X)   On the further allegation by the Government of:

           1.   (X)   a serious risk that the defendant will flee.

           2.   ( )   a serious risk that the defendant will:

               a.   ( )   obstruct or attempt to obstruct justice.

               b.   ( )   threaten, injure or intimidate a prospective witness or juror, or attempt to do so.

C.   The Government (X) is/( ) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community.

## II.

A.   (X)   The Court finds that no condition or combination of conditions will reasonably assure:

       1.   (X)   the appearance of the defendant as required.

           (X)   and/or

       2.   (X)   the safety of any person or the community.

B.   (X)   The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## III.

The Court has considered:

A.   (X)   the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

B.   (X)   the weight of evidence against the defendant;

Page 2 of 4

C.    (X)    the history and characteristics of the defendant; and

D.    (X)    the nature and seriousness of the danger to any person or the community.

**IV.**

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

**V.**

The Court bases the foregoing finding(s) on the following:

A.    (X)    As to flight risk:  Defendant's alien status, lack of bail resources or strong ties to the local community, and submission to detention.

B.    (X)    As to danger:  The nature of the charged offense.

**VI.**

A.    (  )    The Court finds that a serious risk exists the defendant will:

　　　　1.    (  )    obstruct or attempt to obstruct justice.

　　　　2.    (  )    attempt to/ (  ) threaten, injure or intimidate a witness or juror.

B.    The Court bases the foregoing finding(s) on the following:

_____

_____

_____

**VI.**

A.    IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

B.    IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in

1    custody pending appeal.

2    C.    IT IS FURTHER ORDERED that the defendant be afforded reasonable

3          opportunity for private consultation with counsel.

4    D.    IT IS FURTHER ORDERED that, on order of a Court of the United States or on

5          request of any attorney for the Government, the person in charge of the

6          corrections facility in which defendant is confined deliver the defendant to a

7          United States marshal for the purpose of an appearance in connection with a court

8          proceeding.

9

10   Dated: March 31, 2009

11                                              /s/   Arthur Nakazato
                                             ARTHUR NAKAZATO
12                                           UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28